IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHOPIFY INC.**, a Corporation organized under the laws of Canada,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN DOE 1** (a.k.a. Sacha Go, a.k.a. Sacha Ghosh), an individual,<br><br>　　　　　Defendant. | **Case No.**:  23-cv-9102<br><br>**APPEARANCE OF COUNSEL**<br><br>**JURY TRIAL DEMANDED** |

To:　　The clerk of court and all parties of record

　　　I, Jeremy Auster, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Shopify Inc.


DATED:  October 16, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ *Jeremy Auster*
　　　　　　　　　　　　　　　　　　Jeremy Auster, Bar No. 5539101
　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI, P.C.
　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　Tel: 212-999-5800
　　　　　　　　　　　　　　　　　　jauster@wsgr.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　Shopify Inc.