IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHOPIFY INC.**, a Corporation organized under the laws of Canada, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOE 1** (a.k.a. Sacha Go, a.k.a. Sacha Ghosh), an individual, <br><br> Defendant. | Case No.: 23-cv-9102 <br><br> **PLAINTIFF'S RULE 7.1 STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Shopify Inc. (a private non-governmental party) certifies the following:

Shopify Inc. has no parent corporation. No publicly held corporation owns 10% or more of Shopify Inc.'s stock.

DATED: October 16, 2023

Respectfully submitted,

s/ *Jeremy Auster*
Jeremy Auster, Bar No. 5539101
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: 212-999-5800
jauster@wsgr.com

*Counsel for Plaintiff*
Shopify Inc.