UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOPIFY INC., *a Corporation organized under the laws of Canada*,

                Plaintiff,

-v.-

JOHN DOE 1, *an individual also known as* SACHA GO *also known as* SACHA GHOSH; JOHN DOE 2, *an individual also known as* DANIEL MONNIER; and JOHN DOE 3, *an individual also known as* AD ANJUM;

                Defendants.

23 Civ. 9102 (KPF)

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

KATHERINE POLK FAILLA, District Judge:

Upon consideration of Plaintiff's Ex Parte Motion for Leave To Take Expedited Discovery (the "Motion"), including Exhibits 1-3 to the Motion and the accompanying Declaration of Emily Hammond In Support of the Motion (Dkt. #9-11), and finding that good cause exists to grant the Motion, the Court hereby ORDERS:

1. The Motion is GRANTED.

2. Plaintiff may serve the Rule 45 subpoenas attached as Exhibits 1-3 to the Motion on the email service providers named in the subpoenas in order to seek identifying information regarding the Doe Defendants, including relevant IP addresses, to aid Shopify in identifying and serving the Doe Defendants.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

SO ORDERED.

Dated: December 11, 2023
        New York, New York

KATHERINE POLK FAILLA
United States District Judge